IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY BERDARE CLAYBURN,

        Plaintiff,                    No. CIV S-06-2182 MCE GGH P

    vs.

E.J. SCHIRMER, et al.,

        Defendants.             FINDINGS & RECOMMENDATIONS

_____/

        By order filed February 28, 2008, plaintiff's second amended complaint was dismissed and thirty-five days leave to file a third amended complaint was granted. The thirty-five day period has now expired, and plaintiff has not filed a third amended complaint.[1]

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written

---

[1] Plaintiff filed an extremely belated request, on May 23, 2008, regarding whether or not he should first file his claims in state court. Judge Alarcon provided clear directions as to the filing of a third amended complaint in his Order, filed on February 28, 2008.

1

1 | objections with the court.  The document should be captioned "Objections to Magistrate Judge's
2 | Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
3 | specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951
4 | F.2d 1153 (9th Cir. 1991).

DATED: 07/29/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

clay2182.fta